

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE MANDARAKAS,

    Defendant.
_____/

Case No. 24-cr-20024

Hon. Linda V. Parker

FILED
JAN 12 2024
CLERK'S OFFICE
U.S. DISTRICT COURT

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, GEORGE MANDARAKAS, the defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

    **Count One** – Attempted Kidnapping, 18 U.S.C. § 1201(a), (d): Up to 20 years' imprisonment, a $250,000 fine, or both, and up to 3 years' supervised release.

    **Count Two** – Stalking, 18 U.S.C. § 2261A(1)(B): Up to 5 years' imprisonment, a $250,000 fine, or both, and up to 3 years' supervised release.

_____
GEORGE MANDARAKAS
Defendant

### ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

Dated: 1/12/24      _____
                    Nancy L. McGunn