# > $12,000 in US and Canadian Dollars





Page 1

# Spytec GPS Tracker




# Ads for Boats




# Map for Sailing from New Jersey to Morocco



# Maps for Sailing from Florida to Cuba




- Cash only
- Multiple burner phones. Don't retrieve until you are already on the run & left your other place @ behind
- Printed photos of family
- Printed phonebook of numbers
- Antibiotics supply
- Food supply
- Water supply
- Ways to capture rain (reverse umbrella)
- Can't get a boat true across Atlantic, so I don't have to refuel my yacht
- Life vests
- Life boat
- Satellite phone
- Flares
- Change legal name to Josh Tullis

- Preserved face mask, hair dye shaver
- Sailboat in cash
- Fake IDs/passports
- Unexpected laptops
- Fishing equipment + nets
- Spearsun
- Knives
- Scuba gear & tank
- Global currencies (have fixed exchange % at banks)
- Compass
- Locators
- ① Med
  - safe weather patterns, not too rough hurricanes, safe currents, access to EU + Turkey
- ② Cuba          ③ SA