Dear Senator Booker,

I hope this note finds you well. As you know, I am being detained in Milan, MI and have been suffering significant due process and civil rights violations. I submitted a Bail Motion to my Judge, the Honorable Linda V. Parker, and am hoping that you can supplement it with a letter advocating for my Pre-trial release. My case is an amalgamation of great misfortune: moving house, a holiday trip, the sudden death of my father, an unlawful arrest at Catholic Mass, an unlawful vehicle search, gross mischaracterization of evidence, and an unprecedented federal charge. My wife, daughter, and I are traumatized. The justice system is failing us. I would like to be placed on home confinement to fight my case from NJ. I would also like to testify before the Judiciary Committee on the weaponization of federal law. Prosecutors are pushing the limits for "attempted charges" and innocent people will be convicted unless this is addressed. Please contact former Senator Donnelly if you need a reference.

Sincerely,
George Mandarino

8/4/25

CORY A. BOOKER
NEW JERSEY

# United States Senate

NEWARK OFFICE:
GATEWAY ONE
11–43 RAYMOND PLAZA WEST
SUITE 2300
NEWARK, NJ 07102

CAMDEN OFFICE:
ONE PORT CENTER
SUITE 505
2 RIVERSIDE DRIVE
CAMDEN, NJ 08101

July 8, 2024

George Mandarakas #93258-510
FCI MILAN
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MI 48160

Dear Mr. Mandarakas:

Thank you for contacting my office for assistance with your case. My staff and I appreciate hearing from you, and we welcome any opportunity to be of assistance.

On your behalf, my office has contacted the Bureau of Prisons regarding your case. Attached is the response to that inquiry.

If you have any questions or concerns, please contact my staff at 973-639-8700. Again, thank you for contacting me.

Sincerely,

Cory A. Booker
United States Senator

FROM: 93258510
TO: R&D Mailroom & Records
SUBJECT: ***Request to Staff*** MANDARAKAS, GEORGE, Reg# 93258510, MIL-D-A
DATE: 04/29/2024 05:09:04 PM

To:
Inmate Work Assignment: Mail

Hi, there seems to be significant delays in outgoing mail for me. This has been a repeated problem. I mailed my attorney envelops 2+ weeks ago and he has still not received it.

TRULINCS 93258510 - MANDARAKAS, GEORGE - Unit: MIL-D-A

----------------------------------------------------------------------------------------

FROM: 93258510
TO: Case Manager Coordinator
SUBJECT: ***Request to Staff*** MANDARAKAS, GEORGE, Reg# 93258510, MIL-D-A
DATE: 10/09/2024 10:55:53 AM

To:
Inmate Work Assignment: Outgoing Legal Calls

On September 23rd, I sent an email requesting to schedule two outgoing, unmonitored legal calls. It's October 9th and I still have not be allowed to make outgoing legal calls. Per BoP Policy, can you please allow me to make outgoing legal calls?

TRULINCS 93258510 - MANDARAKAS, GEORGE - Unit: MIL-D-A

----------------------------------------------------------------------------------

FROM: 93258510
TO: Case Manager Coordinator
SUBJECT: ***Request to Staff*** MANDARAKAS, GEORGE, Reg# 93258510, MIL-D-A
DATE: 01/10/2025 07:53:32 AM

To: Deleted Contacts
Inmate Work Assignment: Deleted Contacts

All of my contacts including phone numbers and emails have been deleted. This is the 4th time that this has happened to me and continues to be an annoyance and impede my legal defense. I am requesting a BP-8 form, as well as a written response as to why this has happened, and WHOM at the BoP/DoJ authorized wiping my contacts. If I do not receive a written response by 1/10/25, I will inform my Judge of the ongoing issues.