Pamela Bondi                                      May 19th, 25
United States Atty General
950 Pennsylvania Ave NW
Washington D.C. 20530

Mrs Bondi

Myself and the below detained individuals would like for you and/or your office to open an investigation into the Federal Detention Center in Milan Michigan for a variety of ~~sears~~ reasons, including but not limited to:

1) Inmates who are designated to Milan Federal Correctional Institution are being forced to sit in the Federal Detention Center for months at a time, thus being deprived out of the opportunity to earn First Step Act and Second Chance Act credits and we arent even allowed to sign up for programming

2) 99% of any cop-out request inmates send thru Trulincs go unanswered. Every individual who grieved the issue in paragraph no 1 was denied

3) The ceiling is falling apart, the food is not up to federal standards and we get absolutely no help from our "Unit Team"

Mrs Bondi this is just a few issues, there are more, on the reverse side of this document is the signitures of inmates who have had enough. We ask you keep these names away from BOP as it will guarntee retaliation against us. Milan needs to be investigated, the picking and choosing of who gets to go to the FCI is a violation of our Equal Protection Rights
                                            Please Help Us

FROM: 93258510
TO: Wef, Weffy
SUBJECT: RE: RE: Goodnight xxx
DATE: 07/14/2024 07:22:48 AM

Yes I got assaulted. I can barely hear out of the ear. I think the drum is damaged
-----Wef, Weffy on 7/14/2024 7:21 AM wrote:

&gt;

Like a punch in the ear?? Why!? What happened!?

GEORGE MANDARAKAS on 7/13/2024 8:20:46 PM wrote

[redacted]