TRULINCS 93258510 - MANDARAKAS, GEORGE - Unit: MIL-D-A

------------------------------------------------------------------------------

FROM: 93258510
TO: Warden
SUBJECT: ***Request to Staff*** MANDARAKAS, GEORGE, Reg# 93258510, MIL-D-A
DATE: 03/27/2025 10:57:08 AM

To: MSDS
Inmate Work Assignment: Request for MSDS

Dear Warden and staff,

Can you please provide Material Safety Data Sheets (MSDS) for the spray foam and other materials present in the ceiling of East and West Unit?

Many inmates, including myself, frequently observe materials falling on us from the ceiling. I am experiencing respiratory issues, headaches, and skin irritation.

I am concerned about exposure to hazardous materials including asbestos and lead paint.

George Mandarakas
#93258510

TRULINCS 93258510 - MANDARAKAS, GEORGE - Unit: MIL-D-A

---

FROM: 93258510
TO: Medical Services
SUBJECT: ***Request to Staff*** MANDARAKAS, GEORGE, Reg# 93258510, MIL-D-A
DATE: 03/10/2025 01:32:39 PM

To: Dermatologist
Inmate Work Assignment: Dermatologist Appointment

Dear Milan Medical Team,

I am following up to request medical care.

On March 3rd 2025, I informed nurse White of an ongoing health infections that I am dealing with due to unhygenic conditions at Milan Detention Center.

These infections have persisted since June 2024 and have included two separate rounds of treatment with Bactrum.

The skin lesions mandate that I be examined by a Dermatologist.

I have been told by White to use cortisone oitment (which I have tried) and to shower frequently (which I do). I will not be gaslighted when I need appropriate medical care.

I am a pre-trial detainee and am presumed innocent. I am entitled to proper medical care and civil rights while in pre-trial Detention. If I were on Bail, I would be able to access the medical care which I am currently being denied.

Please schedule me for an appointment with a Dermatolgist.

Thanks,
George

TRULINCS 93258510 - MANDARAKAS, GEORGE - Unit: MIL-D-A

------------------------------------------------------------------------------------

FROM: 93258510
TO: Medical Services
SUBJECT: ***Request to Staff*** MANDARAKAS, GEORGE, Reg# 93258510, MIL-D-A
DATE: 05/19/2024 01:43:14 PM

To:
Inmate Work Assignment: Asthma

I've been signing up for sick call, but have not been called to medical. I'm having asthma and need a rescue inhaler.

TRULINCS 93258510 - MANDARAKAS, GEORGE - Unit: MIL-D-A

----------------------------------------------------------------------------------

FROM: 93258510
TO: Medical Services
SUBJECT: ***Request to Staff*** MANDARAKAS, GEORGE, Reg# 93258510, MIL-D-A
DATE: 06/15/2024 02:06:06 PM

To:
Inmate Work Assignment: Medical Attention

Need to see the Doctor. I have persistant pain, migraines, dizziness, and blurred vision. I had a head and neck injury on January 12th and was denied medical care. I need to be examined and treated.

TRULINCS 93258510 - MANDARAKAS, GEORGE - Unit: MIL-D-A

----------------------------------------------------------------------------------------

FROM: 93258510
TO: Medical Services
SUBJECT: ***Request to Staff*** MANDARAKAS, GEORGE, Reg# 93258510, MIL-D-A
DATE: 08/02/2025 06:55:08 PM

To: Medical
Inmate Work Assignment: Medical Care

I want to see specialists related to medical problems that I am experiencing. These problems keep worsening. MDC staff are not properly addressing my needs.



# FDC MILAN

## INMATE BULLETIN

## **MODIFIED OPERATIONS**

Due to the incident that occurred on August 17, 2024, the housing unit will continue to be ran on Modified operations. This will continue for an extended period of time. Specifically, East housing unit will be run on a Tiered Rotation, where the bottom tier of the housing unit will be out for half the day and the top tier of the housing the other half of the day. A recent mass shakedown resulted in six "shanks" recovered in the housing unit. This is unacceptable behavior and will not be tolerated.

The information listed below will result in extended modified operations and possible extended lockdowns:

- Group assaults, i.e. multiple inmates fighting
- Assaults that include the use of weapons
- Hard contraband found in housing units, i.e. cell phones, weapons, drugs
- Disrespectful behavior towards staff
- Not abiding by the rules

_____        8-26-24
J. Osland, Detention Center Administrator        Date

MANDARAKAS, GEORGE  93258510