FROM: Religious Services
TO: 93258510
SUBJECT: RE:***Inmate to Staff Message***
DATE: 06/16/2024 08:17:02 AM

Our priest is not available weekly.

---

From: ~^! MANDARAKAS, ~^!GEORGE <93258510@inmatemessage.com>
Sent: Saturday, June 15, 2024 5:43 PM
Subject: ***Request to Staff*** MANDARAKAS, GEORGE, Reg# 93258510, MIL-D-A

To:
Inmate Work Assignment: Catholic Priest

Can I please get a Catholic Priest weekly for Communion?