TRULINCS 93258510 - MANDARAKAS, GEORGE - Unit: MIL-D-A

----------------------------------------------------------------------------------------------------

FROM: 93258510
TO: Martinoo, Barry; Ward, Tj
SUBJECT: Response to Motion to Withdraw
DATE: 11/04/2025 07:39:34 PM



United States of America             US District Court                    F I L E D
(Plaintiff)                          Eastern District of MI                NOV 10 2025
                                     Case: 24-20024                        CLERK'S OFFICE
v                                    Hon: Linda V. Parker                  DETROIT
George Mandarakas
(Defendant)

Response to Oppose Standby Counsel's Request to Withdraw (EX-PARTE)

Here Comes Defendant, George Mandarakas, appearing Pro Se, requesting that this Honorable Court deny Standby Counsel's Motion to Withdraw from the case. **(Please hold this Motion in EX-PARTE or FILE UNDER SEAL due to the privileged nature of the Exhibits which are communications between Defendant and Standby Counsel)**

Defendant was appointed Mr. Ryan Machasic as Counsel of Record in December 2024. Mr. Machasic is a well-mannered and extremely competent trial attorney. Mr. Machasic has maintained a productive working relationship with Defendant from the onset of this case. Mr. Machasic has spent countless hours diligently reviewing Defendant's Discovery and is fully entrenched in Defendant's case.

In July 2025 Defendant was granted approval to represent himself Pro Se. At that Hearing, Mr. Ryan Machasic agreed to serve as Standby Counsel. That decision was fully supported by both Mr. Machasic and the Court. The Court further ordered Defendant to file all of his Motions through Mr. Machasic and asked Mr. Machasic to serve as the primary communicator between the AUSAs, Court, and other members of Defendant's legal defense team such as expert witnesses, paralegals, private investigators, etc. To date, Mr. Machasic has fulfilled his duties as Standby Counsel.

There now appear to be several issues which have caused Mr. Machasic to request a Withdrawal from this case:

The first issue appears to be the work load. Defendant has inundated Mr. Machasic with Motions and requests over the last three months. These requests have put alot of pressure and stress on Mr. Machasic. Mr. Machasic has handled Defendant's requests with professionalism.

The second issue appears to be barriers to communication. Jail has created substantial barriers to Defendant's legal defense which has created terse communications between Defendant and Mr. Machasic. For instance, if there is a deadline and Defendant has not heard back from Mr. Machasic regarding an extension, Defendant has requested that his wife or mother reach out to Mr. Machasic to confirm that the Motion has been filed. Defendant's efforts too get prompt answers from Mr. Machasic should not be taken in Bad Faith. Defendant and his family mean well.

Granting Mr. Maschasic's Motion to Withdraw as Standby Counsel, at this critical juncture, will prejudice Defendant's defense and cause unnecessary delays and chaos in filing Motions. Furthermore, Defendant needs Mr. Machasic to deliver his Discovery to Milan Detention Center. Milan Detention Center does not offer Defendant the capability to view Discovery with Cellbright Software. (Exhibit A- Defendant's Communications with Mr. Ryan Machasic) Therefore, it is imperative that Mr. Machasic remain as Standby Counsel and review the Discovery with Defendant as soon as possible.

WHEREFORE, for the reasons stated above, Defendant asks that this Honorable Court deny Standby Counsel's Motion to Withdraw or in the Alternative Hold an In-Camera Hearing to resolve these minor issues.

Respectfully submitted,
/s/ George Mandarakas

DATED: 11/4/25

TRULINCS 93258510 - MANDARAKAS, GEORGE - Unit: MIL-D-A

---

FROM: 93258510
TO: Barr, Jennifer; Corrleone, Bob; Lance, Father; Machasic, Ryan; Manfredo, Debbie; Martinoo, Barry; Mehas, Jen; Ward, Tj
SUBJECT: I am still missing Discovery
DATE: 10/30/2025 02:14:48 PM

Ryan,

This is a follow up to our call this afternoon regarding my Discovery. I just checked all of my Discovery, which consists of a CD and two USB drives, and I still do not have access to my phone records, email records, online searches, and FBI 302 from Brian Virgili. This is despite the government agreeing to provide all of this evidence to me during the last Status Conference. The failure to provide this is a due process violation and warrants the dismissal of the indictment. The information contained in my phone, messages to my family, online searches, google maps, emails proves that I did not travel to Michigan with an intent to kidnap Hannah Towe, and was on a holiday vacation to meet my in-laws. Then my father passed away and I started to make his funeral arrangements. All of the information that the government has been obfuscating from me is evidence that I want to use in a Pre-Trial Motion to Dismiss my Indictment for Lack of Federal Jurisdiction because the government cannot prove intent prior to any interstate travel (the scienter element).

> You said that I should have the following:
> Device Extractions- Protective Order
> -Nokia, iPhone, emails, blue ray
>   -734-735-7086 cellbrite reader

← MISSING DISCOVERY

This is what I do have:
1) The CD that was produced on 10/16/25 lists the following:
DVD
  a. autorun
  b. mfrecc32.dll
  c. mfeEERM
    i. Discovery Subject to Protective Order
      -MANDARAKAS001538
      -MANDARAKAS001539
      -MANDARAKAS001540
      -MANDARAKAS_4797
      -pdf MANDARAKAS_5014 Subject to PO
      -pdf MANDARAKAS_5023 Subject to PO
      -pdf MANDARAKAS_5030 Subject to PO

2) The USB that was produced on 8/27/25 lists the following:
Discovery Index
  i. MANDARAKAS_4797
  ii. MANDARAKAS_4798
  iii. MANDARAKAS_4851
  iv. MANDARAKAS_5009

3) The USB that was produced on 7/25/25 lists the following:
  i. Audio
    -jail calls
  ii. Cell phone materials
    -Tmobile returns
      Data
      CDR_Mediations
      Data Sessions
      Sub_Tibeco
    -T-Mobile spreadsheet
  iii. Defense materials
    -Steph's phone conversations
  iv. Documents BATES stamped
  v. Documents- case
  vi. Video - law enforcement

GEORGE MANIATAKIS
NAME
93058510
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED
NOV 10 2025
CLERKS OFFICE
DETROIT

METROPLEX MI 480
5 NOV 2025 PM 16 L
1775

Theodore Levin Courthouse
231 West Lafayette Blvd
Detroit, MI 48226

Legal Mail

48226-270099