UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
                          Plaintiff,

-vs-                                                    Case No. 24-cr-20024
                                                        Hon. Linda V. Parker

GEORGE MANDARAKAS
                          Defendant.
_____/

## ORDER CLARIFYING THE SCOPE OF REPRESENTATION OF STANDBY COUNSEL

Before the Court is a motion by standby counsel Henry M. Scharg "Standby Counsel" to clarify the scope of representation of George Mandarakas "Defendant", who has waived his right to counsel and has asserted his constitutional right to represent himself Pro Se. The Court will do its best to clarify the scope of representation, although it may depend upon how events play out in this rather unique situation.

Accordingly, the scope of Henry Scharg as standby counsel shall be as follows:

- To review the discovery;

- To follow the case from pretrial thru sentencing, providing assistance when "Defendant" asks, but also remain alert for issues that "Defendant" missed;

- To evaluate pretrial and trial strategies thoroughly enough to help "Defendant" understand the choices to be made and stand ready to offer guidance to "Defendant" upon request;

- To be responsible for all budgetary matters with the exception that "Defendant" is required to file written motions and submit proposed orders for the appointment of all defense experts;

- To meet (or offer to meet) with "Defendant" to prepare for trial and to assist in preparing his defense;

- To be present at all in person, video and telephone conferences between the government and "Defendant" that is requested by either party;

- To be prepared to offer any advice to "Defendant" as to the potential risks and benefits of tactics and strategies in connection with the trial;

- To be prepared to advise "Defendant" of ways to overcome procedural or evidentiary obstacles;

- To assist "Defendant" only when he requests assistance and should not actively participate in the conduct of the defense unless requested by "Defendant" or insofar as directed to do so by the Court;

- To be prepared to assist "Defendant" in preserving issues for appeal;

- To be prepared to step in to represent "Defendant" at the trial if "Defendant" were to agree that the full representation role should be transferred back to "Standby Counsel".

"Standby Counsel's" performance of the above functions, with the exception of reviewing the discovery and preparing for the trial, will necessarily depend on the extent to which "Defendant" seeks assistance from "Standby Counsel" and cooperates with him.

**SO ORDERED.**

s/ Linda V. Parker
LINDA  V. PARKER
U.S. DISTRICT JUDGE

Dated: February 9, 2026