UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 24-cr-20024
Honorable Linda V. Parker

GEORGE MANDARAKAS,

Defendant.
_______________________________/

**OPINION AND ORDER**

Defendant George Mandarakas was charged in a two-count Indictment with attempted kidnapping in violation of 18 U.S.C. § 1201(a) and (d) and stalking in violation of 18 U.S.C. § 2261A(1)(B). (ECF No. 13.) On September 10, 2026, Defendant pleaded guilty pursuant to a Rule 11 Plea Agreement to attempted kidnapping. (ECF No. 184.) Defendant had filed numerous motions, several of which remained pending when he pleaded guilty.

Defendant's plea has rendered many of his motions moot. Specifically, the Court **DENIES AS MOOT** Defendant's motions for leave to file more pretrial motions to seek the suppression of evidence, to dismiss, and to compel discovery. (ECF Nos. 172, 173, 176), his request to submit evidence into the record (ECF No. 175), his motion for a paralegal (ECF No. 131), his request for funding for a polygraph expert to address his intent (ECF No. 140), and his motion for

transcripts (ECF No. 119). Defendant's motions for reconsideration (ECf Nos. 180, 183) are also **DENIED AS MOOT**.

Finally, Defendant has not been sentenced, so his motion for a reduction of sentence at this time is frivolous and **DENIED**. (ECF No. 177.) To the extent Defendant is simply seeking release on bond, as he requested in several already ruled-upon motions and a pending motion (ECF No. 122), his request is denied for the reasons already articulated by this Court and the Sixth Circuit.

**SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: September 16, 2026

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 16, 2026, by electronic and/or U.S. First Class mail.

s/R. Thieme
Case Manager